UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.   CRIMINAL NO. 3:08cr95TSL-LRA

PETER THOMAS MCGOVERN

### **FINAL JUDGMENT**

On December 9, 2008, the jury composed of twelve jurors returned a verdict as follows:

### **JURY VERDICT**

We, the jury, find the Defendant, Peter Thomas McGovern:

_____ Guilty

__X__ Not Guilty

The Court hereby enters this Final Judgment finally dismissing Defendant, Peter Thomas McGovern.

SO ORDERED, this the 21st day of January, 2009.

s/William H. Barbour, Jr.
United States District Judge